IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**NORMAN TIMOTHY GREGORY,**         No. CIV S-04-0764 FCD DAD P

       Plaintiff,         **ORDER GRANTING
EXTENSION OF TIME**

  **v.**                  **FOR DEFENDANTS TO FILE
AND SERVE MOTION FOR**

**D. RAMEREZ, et al.,**         **SUMMARY JUDGMENT**

       Defendants.

_____/

      Defendants' request for an extension of time to file and serve a motion for
summary judgment was considered by this court, and good cause appearing,

      IT IS HEREBY ORDERED that:

      1.  Defendants' January 20, 2006 request for extension of time is granted; and

      2.  Defendants' motion for summary judgment shall be filed and served on or
before February 20, 2006.

DATED: January 23, 2006.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/greg0764.dispmotext