IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

    Plaintiff,                   No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMEREZ, et al.,

    Defendants.             <u>ORDER</u>

_____/

       Good cause appearing, IT IS ORDERED that defendants' May 17, 2006 request to withdraw a previous request is granted, and defendants' May 12, 2006 request for an extension of time to file a pretrial statement is deemed withdrawn.

DATED: May 23, 2006.

                                          /s/ Dale A. Drozd
                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:13
greg0764.reqwd