IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN TIMOTHY GREGORY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. RAMIREZ, et al.,<br><br>        Defendants. | CASE NO. 2:04-CV-0764-FCD-DAD-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO EXCHANGE TRIAL EXHIBITS** |

### ORDER

Defendants' request for an extension of time to exchange trial exhibits was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that the parties have until 30 days from the date of this order within which to exchange trial exhibits.

DATED: September 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
greg764.exhEot