IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

    Plaintiff,                    No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMIREZ, et al.,

    Defendants.            <u>ORDER</u>

                              /

        On October 2, 2006, the court received the pro se plaintiff's objection to the magistrate judge's order filed September 15, 2006, granting defendants' request for a thirty-day extension of time to exchange trial exhibits. Plaintiff requests monetary sanctions and immediate production of defendants' exhibits.

        Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The request for extension of time filed by defendants on September 13, 2006, includes a declaration of service by mail upon plaintiff. Pursuant to the extension of time, defendants are required to serve their exhibits on plaintiff or before October 16, 2006, almost six months prior to trial, which is currently set for April 10, 2007.

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Upon reconsideration, the order of the magistrate judge filed September 15, 2006, is affirmed; and

4  2. Plaintiff's October 2, 2006 requests for monetary sanctions and for immediate production of all exhibits are denied.

DATED: October 16, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge