IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

    Plaintiff,                    No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMIREZ, et al.,

    Defendants.              <u>ORDER</u>

                                /

        On October 23, 2006, plaintiff filed further objections and declarations in support of his October 2, 2006 request for sanctions, request for immediate production of exhibits, and objections to defendants' September 13, 2006 request for extension of time. On October 16, 2006, the district judge denied plaintiff's requests and affirmed the September 15, 2006 order granting defendants' request for extension of time. Plaintiff's documents filed October 23, 2006, address requests that are now moot and will be disregarded.

        IT IS SO ORDERED.

DATED: November 1, 2006.

                                              */s/ Dale A. Drozd*
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13
greg0764.58