UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

        Plaintiff,                  No. CIV S-04-0764 FCD DAD P

vs.

D. RAMIREZ, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                                 /        **AD TESTIFICANDUM**

      Norman Timothy Gregory, inmate # P-75861, a necessary and material witness in proceedings in this case on March 2, 2007, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, in the custody of the Warden, David L. Runnels; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Frank C. Damrell, to appear by video-conferencing at High Desert State Prison, March 2, 2007, at 1:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, David L. Runnels, High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 24, 2007.

                                                       /s/ Dale A. Drozd
                                                       DALE A. DROZD
                                                       UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
greg0764.841video