IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

     Plaintiff,                         No. CIV S-04-0764 FCD DAD P

     vs.

D. RAMIREZ, et al.,

     Defendants.                   <u>ORDER</u>

_____/

        On June 1, 2007, the court held a trial confirmation hearing in this matter. Plaintiff claimed that he had not received all of defendants' trial exhibits. Defendants' counsel offered to provide additional copies to plaintiff within thirty days. Additionally, the parties requested a settlement conference prior to the new trial date. Good cause appearing, IT IS HEREBY ORDERED that defendants shall provide a copy of their trial exhibits to plaintiff within thirty days of the date of this order.

        IT IS FURTHER ORDERED that a settlement conference is set before Magistrate Judge Gregory G. Hollows on Tuesday, August 7, 2007 at 9:00 a.m. in Courtroom #24. At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement. Such

1  statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party,
2  however, shall serve notice on all other parties that the statement has been submitted.  If the
3  settlement judge is not the trial judge, the Settlement Conference Statement shall not be
4  disclosed to the trial judge.
5  DATED: July 23, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE