IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN TIMOTHY GREGORY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. RAMIREZ, et al.,<br><br>　　　　　　　Defendants. | 2:04-CV-0764-FCD-DAD-P<br><br>**ORDER RE-SETTING SETTLEMENT CONFERENCE** |

On July 23, 2007, this Court set a settlement conference for August 7, 2007. Since that time, the Court has learned that defense counsel is not available on that date, and no arrangements were made for Plaintiff's appearance. Good cause appearing, IT IS HEREBY ORDERED that the settlement conference is re-set before Magistrate Judge Gregory G. Hollows on Tuesday, August 28, 2007 at 9:00 a.m. in Courtroom #24. At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted. If the settlement judge is not the trial judge, the Settlement Conference Statement shall not be disclosed to the trial judge.

//

1     IT IS FURTHER ORDERED THAT Plaintiff shall appear by videoconference.
Defense counsel will arrange the video appearance with the prison.

Dated: 8/8/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

greg0764.ord