IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

        Plaintiff,                  No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMIREZ, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on April 29, 2008 at 9:00 a.m. Several requests are pending before the court.

        Plaintiff has filed a request to compel defendants to turn over additional exhibits that they intend to use at trial in accordance with the pretrial order. On June 22, 2007, defendants filed and served copies of their trial exhibits. However, it appears that they may not have included the abstracts of judgment for all of the inmate witnesses. Accordingly, to the extent that defendants have not turned over all of their trial exhibits, they will be granted fifteen days from the date of this order to file and serve them.

        Plaintiff has also filed a request for an extension of time to file proposed jury instructions, a motion in limine, a trial brief, and other pretrial documents. At the time plaintiff

1

filed the request, jury trial in this case was set for March 4, 2008. The trial date has since been reset to April 29, 2008. Plaintiff maintains in his request that he will have his pretrial materials filed by the third week of March. If this is the case, plaintiff's filings will be timely and in compliance with the pretrial order in this case.[1] Accordingly, plaintiff's request for an extension of time will be denied as unnecessary.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 22, 2007 request to compel defendants to produce further exhibits is granted in part. To the extent that defendants have not turned over all of their trial exhibits, they are granted fifteen days from the date of this order to file and serve them.

        2. Plaintiff's February 27, 2008 request for an extension of time is denied as unnecessary.

DATED: March 11, 2008

_____
UNITED STATES DISTRICT JUDGE

/greg0764.36misc

---

[1] Under the pretrial order, the parties' trial briefs shall comply with the requirements of Local Rule 16-285(a) and shall be filed and served no later than ten court days prior to trial. All motions in limine shall be filed by the parties no later than seven court days prior to the date set for trial. The parties shall file any proposed questions for voir dire examination and/or any proposed jury instructions not later than fourteen days before the date set for trial. (Pretrial Order filed Aug. 14, 2006.)