IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

        Plaintiff,                    No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMIREZ, et al.,

        Defendants.            <u>ORDER</u>

                                /

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on October 21, 2008 at 9:00 a.m.

        Pending before the court is plaintiff's motion for sanctions. Therein, plaintiff claims that defense counsel has not turned over defendants' trial exhibits as required by this court's March 11, 2008 order. In that order, the court ordered defense counsel to within fifteen days file and serve copies of the trial exhibits not included with defendants' exhibits that had been filed and served on June 22, 2007. In particular, it appeared that defense counsel had failed to include copies of abstracts of judgment for all of the anticipated inmate witnesses. Defense counsel has not filed any exhibits since the court issued its order. Nor has defense counsel responded to plaintiff's motion for sanctions.

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that within ten days of the
2 date of this order, defense counsel shall file and serve copies of the trial exhibits not included
3 with defendants' June 22, 2007 exhibits and shall show cause in writing why sanctions should
4 not be imposed for the failure to comply with the court's order.
5 DATED: September 10, 2008.

                                                    _____
                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE