IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN TIMOTHY GREGORY,

    Plaintiff,                       No. CIV S-04-0764 FCD DAD P

    vs.

D. RAMIREZ, G. FOAT, and SGT. ZANIROLI,

    Defendants.                ORDER

/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on October 21, 2008 at 9:00 a.m.

        The court recently issued an order and writ of habeas corpus ad testificandum for plaintiff and plaintiff's witness, Joseph Bivins; B-63111. However, plaintiff is advised that the court has learned that the other five witnesses that plaintiff sought to compel the attendance of at trial are no longer in the custody of the California Department of Corrections and Rehabilitation ("CDCR") or the CDCR is unable to locate them based on the information provided by plaintiff. Specifically, witnesses James Moore, P-24569, Avery L. Baxter, T-33705, and Frank Wade, T-91881 have been discharged from custody while witness Thomas Brent Phillip, E-51261 has been paroled. Finally, witness Timothy James, T-16692 does not correspond with the CDCR No. plaintiff provided to the court. Nor was the CDCR able to locate one Timothy James.

1    Because these five witnesses do not appear to be incarcerated, it is plaintiff's
2    responsibility to obtain the voluntary attendance of these witnesses at trial or to subpoena the
3    witnesses in accordance with the scheduling order filed in this case on July 5, 2005.  In the
4    alternative, plaintiff need not call these individuals as witnesses at trial.  He may proceed instead
5    on his testimony and that of his other witnesses.
6    　　　　　IT IS SO ORDERED.
7    DATED: September 23, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:9
greg0764.wit